IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT WALL and <br> LINDA WALL | : | CIVIL ACTION |
| v. | : | NO. 16-1044 |
| CORONA CAPITAL, LLC, *et al.* | : | |

## ORDER

**AND NOW**, this 22nd day of November 2016, upon consideration of Corona Capital LLC's Motion to dismiss or transfer (ECF Doc. No. 28), Plaintiffs' Opposition (ECF Doc. No. 36), Defendant Altium Group LLC's Motion to dismiss (ECF Doc. No. 24) and Opposition (ECF Doc. No. 36), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Defendant Corona Capital LLC's Motion (ECF Doc. No. 28) is **GRANTED** as this Court lacks personal jurisdiction over Corona Capital LLC and it is **DISMISSED**; and,

2. Defendant Altium Group LLC's Motion (ECF Doc. No. 24) is **DENIED,** as we retain venue. Defendant Altium Group LLC shall answer the Complaint no later than **December 6, 2016.**

_____
KEARNEY, J.