IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT WALL and<br>LINDA WALL | : | CIVIL ACTION |
| v. | : | |
| ALTIUM GROUP, LLC | : | NO. 16-1044 |

## ORDER

AND NOW, this 12th day of January 2017, upon consideration of Defendant Altium Group, LLC's Motion for judgment on the pleadings as to Counts II and IV (ECF Doc. No. 52), Plaintiffs' Opposition (ECF Doc. No. 57), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion (ECF Doc. No. 52) is **GRANTED in part and DENIED in part**:

    1.    We **grant** the Motion as to Plaintiffs' claims for breach of the Uniform Commercial Code's transfer warranties (Count II); and,

    2.    We **deny** the Motion as to Plaintiffs' claim for breach of contract (Count IV).

KEARNEY, J.