IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT WALL and<br>LINDA WALL | : CIVIL ACTION<br>:<br>: |
| v. | :<br>:<br>: NO. 16-1044 |
| ALTIUM GROUP, LLC | : |

### ORDER

**AND NOW**, this $10^h$ day of May 2017, upon consideration of Plaintiffs' Motion for contractual attorney's fees and prejudgment interest (ECF Doc. No. 101), Defendant's Opposition (ECF Doc. No. 105), Plaintiffs' Reply (ECF Doc. No. 106) and for reasons in the accompanying Memorandum, it is **ORDERED** Plaintiffs' Motion (ECF Doc. No. 101) is **GRANTED in part** and we award Plaintiffs: $33,935.01 in attorney's fees; $478.50 in court costs; and, $18,831.18 in prejudgment interest.

KEARNEY, J.