IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT WALL and<br>LINDA WALL | : CIVIL ACTION<br>:<br>: |
| v. | :<br>: NO. 16-1044 |
| ALTIUM GROUP, LLC | : |

## JUDGMENT

AND NOW, this 10th day of May 2017, consistent with our March 28, April 19, and May 10, 2017 Orders (ECF Doc. Nos. 96, 104, 109), it is **ORDERED**:

**JUDGMENT IS ENTERED IN FAVOR OF PLAINTIFFS ROBERT WALL AND LINDA WALL AND AGAINST DEFENDANT ALTIUM GROUP, LLC IN THE AMOUNT OF $156,078.06.**

_____
KEARNEY, J.