## IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT WALL and** | : **CIVIL ACTION** |
| **LINDA WALL** | : |
| | : |
| v. | : |
| | : **NO. 16-1044** |
| **ALTIUM GROUP, LLC** | : |

## ORDER

**AND NOW**, this 27th day of March 2018, upon considering Plaintiffs' Motion under 28 U.S.C. § 1963 to register its Judgment in other Districts (ECF Doc. No. 124), with Declaration (ECF Doc. No. 124-3) of a lack of assets in this District but Defendant appears to have assets in the District of New Jersey and the Southern District of New York, and finding no basis to stay execution efforts and upon Defendant advising it will not contest the Motion, it is **ORDERED** Plaintiffs' Motion (ECF Doc. No. 124) is **GRANTED** and they may register the Judgment of $156,078.06 (ECF Doc. No. 110) in the District of New Jersey and the Southern District of New York.

_____
KEARNEY, J.