UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

Nos. 17-2275 and 17-2361
_____

ROBERT WALL; LINDA WALL,
Husband and Wife,
                    Appellants in 17-2361

v.

*CORONA CAPITAL, LLC;
ALTIUM GROUP, LLC


ALTIUM GROUP, LLC,
                    Appellant in 17-2275

*(Withdrawn per Court's order dated 6/21/2018)
_____

_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. Civ. No. 2-16-cv-01044)
Honorable Mark A. Kearney, District Judge
_____

Submitted under Third Circuit LAR 34.1(a)
November 6, 2018
BEFORE:  HARDIMAN, KRAUSE, and GREENBERG, Circuit Judges

_____

JUDGMENT
_____

This cause came on to be considered on the record on appeal from the United States District Court for the Western District of Pennsylvania and was submitted under Third Circuit LAR 34.1(a) on November 6, 2018.  On consideration whereof, it is hereby

ORDERED and ADJUDGED that the District Court's order of November 22, 2016, denying dismissal or transfer of the action is affirmed, the order for summary judgment in favor of the Walls and denying Altium's motion for summary judgment entered March 28, 2017, is reversed, and the Walls' unjust enrichment claim is reinstated. The Court's subsequent orders entered on April 19, 2017, and May 10, 2017, clarifying the judgment amount and awarding attorney's fees, costs, and prejudgment interest are vacated.  The case is remanded to the District Court for further proceedings.

The parties will bear their own costs on this appeal.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated:  November 23, 2018

Certified as a true copy and issued in lieu of a formal mandate on   01/07/2019

Teste:   
**Clerk, U.S. Court of Appeals for the Third Circuit**