# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT WALL and** <br> **LINDA WALL** | : **CIVIL ACTION** <br> : <br> : |
| v. | : **NO. 16-1044** <br> : |
| **ALTIUM GROUP, LLC** | : |

## ORDER

**AND NOW,** this 21st day of February 2019, upon considering the parties' Stipulation for an extension to respond to summary judgment (ECF Doc. No. 146), and finding good cause, it is **ORDERED** the Stipulation (ECF Doc. No. 146) is **APPROVED** and we **amend** our February 5, 2019 Order (ECF Doc. No. 137) <u>only</u> to allow the parties to respond to summary judgment no later than **February 25, 2019**.

_____
KEARNEY, J.