## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT WALL and** | **: CIVIL ACTION** |
| **LINDA WALL** | : |
| | : |
| **v.** | **: NO. 16-1044** |
| | : |
| **ALTIUM GROUP, LLC** | : |

## ORDER

**AND NOW,** this 12th day of July 2019, upon considering Defendant's Motion for attorney's fees and costs as a prevailing party under a Master Agreement (ECF Doc. No. 160), Plaintiffs' Opposition (ECF Doc. No. 164), Defendant's Reply (ECF Doc. No. 167), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1.     Defendant's Motion (ECF Doc. No. 160) is **GRANTED in part**;

2.     We enter **JUDGMENT** in favor of Altium Group, LLC and jointly against Robert Wall and Linda Wall in the amount of **$92,163.23** representing reasonable attorney's fees and costs incurred by Altium Group, LLC under the Master Agreement; and,

3.     The Clerk of Court shall **close** this case.

_____
**KEARNEY, J.**